IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARLOS TAYLOR,

    Petitioner,                    No. CIV S-07-0659 WBS KJM P

    vs.

I.D. CLAY, et al.,

    Respondents.                ORDER

_____/

        On April 5, 2007, petitioner filed a document in which he seeks collateral relief as to his criminal conviction in the Superior Court of Solano County. It appears petitioner mistakenly sent the petition to this court. Therefore, the clerk of the court is directed to return petitioner's request for collateral relief to petitioner and close this case.

DATED: April 16, 2007.

                                            U.S. MAGISTRATE JUDGE

1
tayl0659.clo